# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § | NO: WA:24-CR-00137(1)-ADA |
| | § § | |
| (1) DARIN DUANE IRVIN | § | |

## ORDER

    On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed December 3, 2024, wherein the defendant (1) DARIN DUANE IRVIN waived appearance before this Court and appeared before United States Magistrate Judge Jeffrey C. Manske for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) DARIN DUANE IRVIN to the Report and Recommendation, the Court enters the following order:

    **IT IS THEREFORE ORDERED** that the defendant (1) DARIN DUANE IRVIN's plea of guilty to Count One S (1s) is accepted.

    Signed this 17th day of December, 2024.

                                                                             ALAN D ALBRIGHT
                                                                             UNITED STATES DISTRICT JUDGE